UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :    **SCHEDULING ORDER**
                                   :
SHAMELL WILLIAMS,                  :    22-CR-00641-PMH
                                   :
                    Defendant.     :
-----------------------------------------------------------x

A Change of Plea Hearing has been scheduled for October 2, 2024 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       September 24, 2024

_____
Philip M. Halpern
United States District Judge